# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Tiffany Durrence,**

*Plaintiff,*

v.

**The Bank of Orrick,**

*Defendant.*

Case Number:

**JURY TRIAL DEMANDED**

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, Tiffany Durrence ("**Ms. Durrence**"), by and through her attorneys, Seraph Legal, P.A., and complains of the Defendant, The Bank of Orrick ("**Orrick**"), stating as follows:

### PRELIMINARY STATEMENT

1. This is an action brought by Ms. Durrence against Orrick for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et. seq.* ("**FCRA**").

### JURISDICTION AND VENUE

2. Subject matter jurisdiction arises under the FCRA, 15 U.S.C. § 1681p, and 28 U.S.C. § 1331.

3. Orrick is subject to the provisions of the FCRA and is subject to the jurisdiction of this Court pursuant to Fed. R. Civ. P. 4(k) and § 48.193, Fla. Stat.

4. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b)(2), because the acts complained of were committed and / or caused by Orrick within Polk County, Florida, which is in the Middle District of Florida.

## PARTIES

### Ms. Durrence

5. Ms. Durrence is a natural person residing in Polk County, Florida.

6. Ms. Durrence is a *Consumer* as defined by the FCRA, 15 U.S.C. § 1681a(c).

### Orrick

7. Orrick is a federally-regulated bank with a principal business address of 113 E. South Front St., Orrick, MO 64077.

8. An officer, partner, or managing or general agent of Orrick's can be found at Orrick's principal business address.

9. Orrick's registered agent address is P.O. Box, 199, Orrick, MO 64077.

## FACTUAL ALLEGATIONS

10. Between September 2, 2022 and December 1, 2022, Orrick requested and obtained credit reports on Ms. Durrence at least four separate times from Clarity Services, Inc. ("**Clarity**"), a nationwide *Consumer Credit Reporting Agency* ("**CRA**"). **SEE PLAINTIFF'S EXHIBIT A.**

11. In January 2023, Orrick obtained at least one additional credit report on Ms. Durrence from Clarity.

12. The FCRA, 15 U.S.C. § 1681a(d)(1), defines a *Consumer Report* as "any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living…"

13. The information contained in the consumer reports regarding Ms. Durrence, including her current and past employment history, and the current and past classification of residence, bear on her mode of living and credit worthiness.

14. The FCRA, 15 U.S.C. § 1681b(f), requires that any person who procures a consumer report have a *permissible purpose* for doing so.

15. The FCRA, 15 U.S.C. § 1681b(f), requires that any person who procures a consumer report state to the CRA the purpose it has at the time it requests such a report.

16. In each instance, Orrick certified its permissible purpose was "account review." **SEE PLAINTIFF'S EXHIBIT A.**

17. Ms. Durrence had no accounts with Orrick between September 2, 2022 and the filing of this Complaint, nor did she make any application for credit, employment, or insurance with Orrick.

18. Therefore, Orrick had no basis to request reports on her as it had no need to determine if Ms. Durrence continued to meet the eligibility requirements of an account with Orrick, for the simple fact that she had no account(s).

19. Clarity recorded the entity requesting the reports as "The Bank of Orrick-- OFAC Monitoring."

20. OFAC almost certainly is shorthand for the Office of Foreign Assets Control ("**OFAC**"), a governmental agency.

21. Presumably, the "OFAC Monitoring" description is intended to indicate that Orrick was checking to see if Ms. Durrence was on the United States Department of the Treasury's Specially Designated Nationals and Blocked Persons ("**SDN**") list, which includes names of suspected terrorists, narcotics traffickers, and other criminal elements.

22. Since Ms. Durrence had no financial, employment, or insurance relationship with Orrick between September 2, 2022 and the filing of this Complaint., did not apply for any loan with Orrick, nor had any other relationship that would create any permissible purpose to obtain a consumer credit report, Orrick lacked any basis to request a report on Ms. Durrence.

23. Assuming, *arguendo*, Orrick's purpose in obtaining the reports about Ms. Durrence was to determine if she was on the OFAC's SDN list, common sense

would dictate a negative result in September 2022 would not require four subsequent checks over the next few months.

24. Moreover, the OFAC provides a free, web-based portal in which anyone can search the SDN, including Orrick.

25. Thus, if Orrick was for some reason concerned Ms. Durrence was on the SDN list, it could have obtained verification that she was not on such list without violating the FCRA.

26. Orrick knowingly and intentionally obtained at least five credit reports from Clarity under false pretenses and did so knowing it had no permissible purpose under the FCRA to obtain such reports.

27. Ms. Durrence has suffered emotional distress as a result of Orrick's continued invasion of her privacy in requesting credit reports via unauthorized means.

28. Ms. Durrence has hired the aforementioned law firm to represent her in this matter and has assigned her right to fees and costs to such firm.

## COUNT I
## VIOLATIONS OF THE FCRA - 15 U.S.C. § 1681b(f)

29. Ms. Durrence adopts and incorporates paragraphs 1 – 28 as if fully restated herein.

30. Orrick violated 15 U.S.C. § 1681b(f), either willfully and intentionally or recklessly and without regard for a consumer's rights by requesting credit reports regarding Ms. Durrence from Clarity at least five times without a permissible purpose.

31. Orrick's willful violation is evinced by the frequency of violations within a four-month period.

32. Orrick's willful conduct renders it liable under the FCRA to Ms. Durrence for the greater of her actual damages and statutory damages of up to $1,000 per incident.

33. Alternatively, Orrick was negligent in requesting a consumer report regarding Ms. Durrence without a permissible purpose, and Ms. Durrence is entitled to her actual damages.

**WHEREFORE,** Ms. Durrence respectfully requests that this Honorable Court enter judgment against the Defendants as follows:

    a. The greater of Ms. Durrence's actual damages or statutory damages of $1,000 per violation (for a total of at least **$5,000**) pursuant to 15 U.S.C. § 1681n(a)(1)(A), or Ms. Durrence's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b.  Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1681n(a)(3) and / or 15 U.S.C. § 1681o(a)(2); and,

c.  Such other relief that this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Ms. Durrence hereby demands a jury trial on all issues so triable.

Respectfully submitted this January 30, 2023, by:

**SERAPH LEGAL, P. A.**

/s/ *Carolyne Moomaw*
Carolyne Moomaw, Esq.
Florida Bar # 21889
CMoomaw@SeraphLegal.com
1614 N. 19th St.
Tampa, FL 33605
Tel: 813-567-1230
Fax: 855-500-0705
*Counsel for Plaintiff*

## **ATTACHED EXHIBIT LIST**

A     Ms. Durrence's Clarity Report, December 28, 2022 – Excerpt

# EXHIBIT A
## Ms. Durrence's Clarity Report, December 28, 2022 – Excerpt

## Clarity Report for DURRENCE, TIFFANY

12/28/2022

### Consumer

**Name**
DURRENCE, TIFFANY

**Address**
POLK CITY, FL 33868

**Reference Number**

### Inquiries not seen by others

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your name, date of birth and driver's license/state, then all those data elements came from the same inquiry.

| Date/Time/Tracking # | Purpose | Company |
|---|---|---|
| 12/1/2022  7:04:09 pm EST er139eqmbr | Account Review | The Bank of Orrick - OFAC Monitoring |
| 11/8/2022 11:54:14 am EST 1kr9w44ah4 | Account Review | The Bank of Orrick - OFAC Monitoring |
| 10/1/2022  7:03:51 pm EDT 4whqabx1gd | Account Review | The Bank of Orrick - OFAC Monitoring |
| 9/2/2022 12:41:26 pm EDT 5j2svqspj6 | Account Review | The Bank of Orrick - OFAC Monitoring |