UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Tiffany Durrence,**

*Plaintiff,*

v.

**The Bank of Orrick,**

*Defendant.*

Case No.: 8:23-cv-00207-WFJ-MRM

**NOTICE OF SETTLEMENT**

COMES NOW, the Plaintiff, **Tiffany Durrence**, pursuant to Local Rule 3.09, to notify this Court that the Plaintiff and Defendant, **The Bank of Orrick,** have reached a settlement as to all pending claims in this case.

Dated May 30, 2023

**SERAPH LEGAL, P. A.**
*/s/ Carolyne Moomaw*
Carolyne Moomaw, Esq.,
Florida Bar # 21889
1614 N. 19th St.
Tampa, FL 33605
Tel: 813-567-1230
Fax: 855-500-0705
*Attorneys for Plaintiff*

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice.

                */s/ Carolyne Moomaw*
                Carolyne Moomaw, Esq.,
                Florida Bar # 21889